UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00234 |
| | ) | JUDGE TRAUGER |
| | ) | |
| DANIEL SCHUSTER | ) | |

==Motion GRANTED for extension to 4/22/14.==

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Daniel Schuster moves to extend the time for filing pretrial motions until April 22, 2014. This matter is set for trial on April 29, 2014, but counsel anticipates that the defendant likely will seek to continue this trial date. Mr. Schuster is released on bond pending trial and remains employed and in compliance with his pretrial release conditions.

In support of this motion, Mr. Schuster would show the following: Counsel has received discovery but still has to discuss several legal issues with Mr. Schuster. Additionally, the parties have had several discussions about reaching an agreed disposition in this matter, but have not yet reached a final resolution. For these reasons, and to preserve Mr. Schuster's ability to file pretrial motions if necessary, Mr. Schuster moves to extend the time for filing pretrial motions until April 22, 2014.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Daniel Schuster