**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

==Motion GRANTED.==

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:13-00234** |
| | ) | **JUDGE TRAUGER** |
| | ) | |
| **DANIEL SCHUSTER** | ) | |

**MOTION TO CONTINUE TRIAL**

Through counsel, defendant Daniel Schuster moves to continue his July 21, 2015, trial. Mr. Schuster is released on bond pending trial and remains gainfully employed.

In support of this motion, Mr. Schuster would show the following: Mr. Schuster faces a mandatory minimum sentence of 15 years if convicted as charged. The facts and circumstances of this matter appear atypical to defense counsel. The government has provided discovery and the parties are having ongoing meetings and discussions in an effort to reach an agreed resolution. Additional time is requested so that the parties can continue to work to resolve this matter without a trial, particularly since Mr. Schuster faces a 15 year sentence if convicted of the current charge. The parties are optimistic that this matter can be resolved without a trial.

Counsel has discussed the possibility of a continuance with Mr. Schuster, who concurs in the request. Mr. Schuster has signed a speedy trial waiver which will be filed with this motion.

For these reasons, Mr. Schuster moves to continue the trial. Due to scheduling concerns, counsel requests that this matter be re-set some time after October 12, 2015.